# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATEL, KAMLESH N. | § | Case No. 11-52070 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-52070 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | PATEL, KAMLESH N. | | | | Date Filed (f) or Converted (c): | 12/30/11 (f) |
| | | | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 07/16/13 | | | | Claims Bar Date: | 07/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence Location: 1326 Circle Aven | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. Time share interest in "The Altantic Place", a con | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4. Joint checking account with spouse, JP Morgan Chas | 576.31 | 288.31 | | 0.00 | FA |
| 5. Individual Retirement Fund, JP Morgan Chase Bank, | 0.11 | 0.11 | | 0.00 | FA |
| 6. Brokerage Retirement Account, JP Morgan Chase Bank | 92.75 | 0.00 | | 0.00 | FA |
| 7. Couch, lamp, TV, DVD/video player, dining room tab | 2,010.00 | 1,710.00 | | 0.00 | FA |
| 8. Family wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Exercise equipment/total gym, tennis racket, 3 bic | 210.00 | 210.00 | | 0.00 | FA |
| 10. Accident insurance with SB and NUF through Discove | 0.00 | 0.00 | | 0.00 | FA |
| 11. Traditional IRA account, JP Morgan Chase/Pacific L | 10,493.33 | 0.00 | | 0.00 | FA |
| 12. Rush University Medical 403(b) savings plan with F | 89,144.33 | 0.00 | | 0.00 | FA |
| 13. Rush University Retirement Plan, vested annuity of | 20,510.05 | 0.00 | | 0.00 | FA |
| 14. 25% interest in Bhrama Group LLC | 4,000.00 | 3,000.00 | | 0.00 | FA |
| 15. Potential 2010 federal and state income tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 16. Misc computer parts and laptop | 220.00 | 220.00 | | 0.00 | FA |
| 17. Judgment of $67,000 in favor of debtor and against | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2011 tax refund | 12,278.00 | 0.00 | | 10,158.75 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.21 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $311,734.88   $5,428.42   $10,158.96   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-52070    JPC    Judge: JACQUELINE P. COX | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | PATEL, KAMLESH N. | Date Filed (f) or Converted (c):    12/30/11 (f) |
| | | 341(a) Meeting Date:    02/15/12 |
| | | Claims Bar Date:    07/16/12 |

tax refund recovered after court order

no claims filed; notice sent out;

final report in progress

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-52070 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7878 Checking Account |
| Taxpayer ID No: | *******4630 | | |
| For Period Ending: | 07/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,133.58 | | 10,133.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.25 | 10,127.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.45 | 10,120.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.24 | 10,114.64 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.44 | 10,108.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.03 | 10,093.17 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 10,079.62 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 8.41 | 10,071.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.99 | 10,056.22 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 10,041.75 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,133.58 | 91.83 | 10,041.75 |
| Less: Bank Transfers/CD's | 10,133.58 | 0.00 | |
| Subtotal | 0.00 | 91.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 91.83 | |

Page Subtotals   10,133.58   91.83

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-52070 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5392 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4630 | | |
| For Period Ending: | 07/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/11/12 | | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | 10,158.75 | | 10,158.75 |
| * 06/11/12 | | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | -10,158.75 | | 0.00 |
| 06/11/12 | 18 | Kamlesh N. Patel 1326 Circle Ave., Forest Park, IL 60130 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 10,158.75 | | 10,158.75 |
| 06/29/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 10,158.79 |
| 07/31/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,158.88 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 13.32 | 10,145.56 |
| 08/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,145.64 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 12.06 | 10,133.58 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,133.58 | 0.00 |

Page Subtotals    10,158.96    10,158.96

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-52070 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5392 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4630 | | | |
| For Period Ending: | 07/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | 10,158.96 | 10,158.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 10,133.58 | |
| | | | Subtotal | 10,158.96 | 25.38 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 10,158.96 | 25.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7878 | 0.00 | 91.83 | 10,041.75 |
| Money Market - Interest Bearing - ********5392 | 10,158.96 | 25.38 | 0.00 |
| | ------------ | ------------ | ------------ |
| | 10,158.96 | 117.21 | 10,041.75 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 16, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-52070         Claim Class Sequence
Debtor Name: PATEL, KAMLESH N.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18<br>001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $9,520.29 | $0.00 | $9,520.29 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $8.41 | $8.41 | $0.00 |
| 000002<br>070<br>7100-00 | Discover<br>PO Box 30943<br>Salt Lake City, UT 84130 | Unsecured | | $3,757.27 | $0.00 | $3,757.27 |
| 000003<br>070<br>7100-00 | Affiliated Radiologists SC<br>Dept 4104<br>Carol Stream, IL 60122-4104 | Unsecured | | $321.21 | $0.00 | $321.21 |
| 000004<br>070<br>7100-00 | GMAC Mortgage Corporation<br>Attn: Customer Service<br>PO Box 780<br>Waterloo, IA 50704-0780 | Unsecured | | $240,194.36 | $0.00 | $240,194.36 |
| 000005<br>070<br>7100-00 | Chase<br>PO Box 24696<br>Columbus, OH 43224-0696 | Unsecured | | $86,000.00 | $0.00 | $86,000.00 |
| 000006<br>070<br>7100-00 | CLC Consumer Services Co./<br>E Trade Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | Unsecured | | $74,000.00 | $0.00 | $74,000.00 |
| 000007<br>070<br>7100-00 | Rush Oak Park Hospital<br>Patient Accounts<br>520 S. Maple<br>Oak Park, IL 60304 | Unsecured | | $224.91 | $0.00 | $224.91 |
| 000008<br>070<br>7100-00 | NYE Partners in Women's Health<br>625 N. Michigan Ave, #210<br>Chicago, IL 60611 | Unsecured | | $23.63 | $0.00 | $23.63 |
| 000009<br>070<br>7100-00 | Midwest Orthopaedic at Rush,LLC<br>1 Westbrook Corporate Center, #240<br>Westchester, IL 60154 | Unsecured | | $712.12 | $0.00 | $712.12 |
| 000010<br>070<br>7100-00 | Medequip<br>27 Brookline<br>Aliso Viejo, CA 92656 | Unsecured | | $99.60 | $0.00 | $99.60 |
| 000011<br>070<br>7100-00 | GMAC Mortgage Corporation<br>Attn: Customer Service<br>PO Box 780<br>Waterloo, IA 50704-0780 | Unsecured | | $19,760.28 | $0.00 | $19,760.28 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 16, 2013 |

Case Number: 11-52070
Debtor Name: PATEL, KAMLESH N.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | Rush University Medical Center<br>1700 W. Van Buren<br>Suite 161<br>Chicago, IL 60612 | Unsecured | | $23.04 | $0.00 | $23.04 |
| 000013<br>070<br>7100-00 | Rush University Medical Center<br>1700 W. Van Buren<br>Suite 161<br>Chicago, IL 60612 | Unsecured | | $52.40 | $0.00 | $52.40 |
| 000014<br>070<br>7100-00 | Tomoka Eye Associates<br>790 Dunlawton Ave., #A<br>Port Orange, FL 32127 | Unsecured | | $135.00 | $0.00 | $135.00 |
| 000015<br>070<br>7100-00 | Westlake Community Hospital<br>Patient Accounts<br>1255 West Lake Street<br>Melrose Park, IL 60160 | Unsecured | | $50.00 | $0.00 | $50.00 |
| 000001<br>050<br>4110-00 | CSC Logic Inc<br>PO Box 1577<br>Coppell, TX 75019 | Secured | | $23,750.07 | $0.00 | $23,750.07 |
| | Case Totals: | | | $458,632.59 | $8.41 | $458,624.18 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-52070  
Case Name: PATEL, KAMLESH N.  
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

    Balance on hand      $_____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover | $ | $ | $ |
| 000003 | Affiliated Radiologists SC | $ | $ | $ |
| 000004 | GMAC Mortgage Corporation | $ | $ | $ |
| 000005 | Chase | $ | $ | $ |
| 000006 | CLC Consumer Services Co./ | $ | $ | $ |
| 000007 | Rush Oak Park Hospital | $ | $ | $ |
| 000008 | NYE Partners in Women's Health | $ | $ | $ |
| 000009 | Midwest Orthopaedic at Rush,LLC | $ | $ | $ |
| 000010 | Medequip | $ | $ | $ |
| 000011 | GMAC Mortgage Corporation | $ | $ | $ |
| 000012 | Rush University Medical Center | $ | $ | $ |
| 000013 | Rush University Medical Center | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Tomoka Eye Associates | $ | $ | $ |
| 000015 | Westlake Community Hospital | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE