# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PATEL, KAMLESH N. § Case No. 11-52070
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/08/2013 in Courtroom 680,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/16/2013                By: /s/ Andrew J. Maxwell
                                              Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
                                        §
PATEL, KAMLESH N.                       §    Case No. 11-52070
                                        §
            Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 10,158.96 |
| and approved disbursements of | $ | 117.21 |
| leaving a balance on hand of[1] | $ | 10,041.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,765.90 | $ 0.00 | $ 1,765.90 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 9,495.00 | $ 0.00 | $ 8,253.87 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 25.29 | $ 0.00 | $ 21.98 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.41 | $ 8.41 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 10,041.75 |
| Remaining Balance | | | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 425,353.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover | $ 3,757.27 | $ 0.00 | $ 0.00 |
| 000003 | Affiliated Radiologists SC | $ 321.21 | $ 0.00 | $ 0.00 |
| 000004 | GMAC Mortgage Corporation | $ 240,194.36 | $ 0.00 | $ 0.00 |
| 000005 | Chase | $ 86,000.00 | $ 0.00 | $ 0.00 |
| 000006 | CLC Consumer Services Co./ | $ 74,000.00 | $ 0.00 | $ 0.00 |
| 000007 | Rush Oak Park Hospital | $ 224.91 | $ 0.00 | $ 0.00 |
| 000008 | NYE Partners in Women's Health | $ 23.63 | $ 0.00 | $ 0.00 |
| 000009 | Midwest Orthopaedic at Rush,LLC | $ 712.12 | $ 0.00 | $ 0.00 |
| 000010 | Medequip | $ 99.60 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | GMAC Mortgage Corporation | $ 19,760.28 | $ 0.00 | $ 0.00 |
| 000012 | Rush University Medical Center | $ 23.04 | $ 0.00 | $ 0.00 |
| 000013 | Rush University Medical Center | $ 52.40 | $ 0.00 | $ 0.00 |
| 000014 | Tomoka Eye Associates | $ 135.00 | $ 0.00 | $ 0.00 |
| 000015 | Westlake Community Hospital | $ 50.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
```

In re:                                                       Case No. 11-52070-JPC
Kamlesh N Patel                                              Chapter 7
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez                  Page 1 of 2              Date Rcvd: Jul 17, 2013
                               Form ID: pdf006               Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2013.
db           +Kamlesh N Patel,    1326 Circle Avenue,    Forest Park, IL 60130-2419
18318687      Affiliated Radiologists SC,    Dept 4104,    Carol Stream, IL 60122-4104
18318688     +Blue Green Corporation,    Blue Green Timeshare,    PO Box 810937,    Boca Raton, FL 33481-0937
18318691     +CLC Consumer Services Co./,    E Trade Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
18318692     +CMRE Financial Services, Inc,    3075 E. Imperial Hwy. #200,    Brea, CA 92821-6753
18318693     +CSC Logic Inc,    PO Box 1577,    Coppell, TX 75019-1577
18318689      Chase,   PO Box 24696,    Columbus, OH 43224-0696
18628984     +Country Financial Insurance,    Credit Collection Services Co.,    PO Box 9134,
               Needham Heights, MA 02494-9134
18318695      GMAC Mortgage Corporation,    Attn: Customer Service,    PO Box 780,    Waterloo, IA 50704-0780
18318696     +Medequip,    27 Brookline,    Aliso Viejo, CA 92656-1461
18318699     +NYE Partners in Women's Health,    625 N. Michigan Ave, #210,    Chicago, IL 60611-3162
18318700     +Rush Oak Park Hospital,    Patient Accounts,    520 S. Maple,    Oak Park, IL 60304-1022
18318701     +Rush University Medical Center,    1700 W. Van Buren,    Suite 161,    Chicago, IL 60612-3228
18318702     +Shital K. Patel,    1326 Circle Avenue,    Forest Park, IL 60130-2419
18318703      Shital Patel,    1326 Circle Ave,    Forest Park, IL 60130-2419
18318704     +Tomoka Eye Associates,    790 Dunlawton Ave., #A,    Port Orange, FL 32127-4222
18318705      Westlake Community Hospital,    Patient Accounts,    1255 West Lake Street,
               Melrose Park, IL 60160
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18318694       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 18 2013 02:10:00    Discover,    PO Box 30943,
               Salt Lake City, UT 84130
18318697     +Fax: 847-227-2151 Jul 18 2013 03:13:56    Medical Recovery Specialists,    2250 E Devon, #352,
               Des Plaines, IL 60018-4519
18318698     +E-mail/Text: iordonez@rushortho.com Jul 18 2013 02:01:03    Midwest Orthopaedic at Rush,LLC,
               1 Westbrook Corporate Center, #240,    Westchester, IL 60154-5745
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Law offices of Maxwell Law Group, LLC
18628986*    +Rush Oak Park Hospital,    Patient Accounts,    520 S. Maple,    Oak Park, IL 60304-1022
18318690     ##Citimortgage, Inc.,    PO Box 9438, Dept. 0251,    Gaithersburg, MD 20898-9438
18628985    ##+Nationwide Credit & Collection, Inc,    815 Commerce Drive, #100,    Oak Brook, IL 60523-8839
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2013**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Jul 17, 2013
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2013 at the address(es) listed below:

          Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
           llandpotts.com;vbarad@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
           andpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Susan A Goreczny    on behalf of Debtor Kamlesh N Patel susan804@ameritech.net
          Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
           cjcapo@maxwellandpotts.com

                                                                                           TOTAL: 7