UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PATEL, KAMLESH N. § Case No. 11-52070
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CSC LOGIC INC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. PO Box 9438, Dept. 0251 Gaithersburg, MD 20898-9438 | | | | | |
| 000003 | AFFILIATED RADIOLOGISTS SC | | | | | |
| 000005 | CHASE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CLC CONSUMER SERVICES CO./ | | | | | |
| 000002 | DISCOVER | | | | | |
| 000004 | GMAC MORTGAGE CORPORATION | | | | | |
| 000011 | GMAC MORTGAGE CORPORATION | | | | | |
| 000010 | MEDEQUIP | | | | | |
| 000009 | MIDWEST ORTHOPAEDIC AT RUSH,LLC | | | | | |
| 000008 | NYE PARTNERS IN WOMEN'S HEALTH | | | | | |
| 000007 | RUSH OAK PARK HOSPITAL | | | | | |
| 000012 | RUSH UNIVERSITY MEDICAL CENTER | | | | | |
| 000013 | RUSH UNIVERSITY MEDICAL CENTER | | | | | |
| 000014 | TOMOKA EYE ASSOCIATES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | WESTLAKE COMMUNITY HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-52070 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | | | | Date Filed (f) or Converted (c): | 12/30/11 (f) |
| | | | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 09/11/13 | | | | Claims Bar Date: | 07/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence Location: 1326 Circle Aven | 170,000.00 | 0.00 | | 0.00 | FA |
| 2. Time share interest in "The Altantic Place", a con | 0.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 4. Joint checking account with spouse, JP Morgan Chas | 576.31 | 288.31 | | 0.00 | FA |
| 5. Individual Retirement Fund, JP Morgan Chase Bank, | 0.11 | 0.11 | | 0.00 | FA |
| 6. Brokerage Retirement Account, JP Morgan Chase Bank | 92.75 | 0.00 | | 0.00 | FA |
| 7. Couch, lamp, TV, DVD/video player, dining room tab | 2,010.00 | 1,710.00 | | 0.00 | FA |
| 8. Family wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. Exercise equipment/total gym, tennis racket, 3 bic | 210.00 | 210.00 | | 0.00 | FA |
| 10. Accident insurance with SB and NUF through Discove | 0.00 | 0.00 | | 0.00 | FA |
| 11. Traditional IRA account, JP Morgan Chase/Pacific L | 10,493.33 | 0.00 | | 0.00 | FA |
| 12. Rush University Medical 403(b) savings plan with F | 89,144.33 | 0.00 | | 0.00 | FA |
| 13. Rush University Retirement Plan, vested annuity of | 20,510.05 | 0.00 | | 0.00 | FA |
| 14. 25% interest in Bhrama Group LLC | 4,000.00 | 3,000.00 | | 0.00 | FA |
| 15. Potential 2010 federal and state income tax refund | 0.00 | 0.00 | | 0.00 | FA |
| 16. Misc computer parts and laptop | 220.00 | 220.00 | | 0.00 | FA |
| 17. Judgment of $67,000 in favor of debtor and against | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2011 tax refund | 12,278.00 | 0.00 | | 10,158.75 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.21 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $311,734.88 | $5,428.42 | | $10,158.96 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-52070   JPC   Judge: JACQUELINE P. COX | Trustee Name:   ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | PATEL, KAMLESH N. | Date Filed (f) or Converted (c):   12/30/11 (f) |
| | | 341(a) Meeting Date:   02/15/12 |
| | | Claims Bar Date:   07/16/12 |

tax refund recovered after court order

no claims filed; notice sent out;

final report in progress

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-52070 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7878 Checking Account |
| Taxpayer ID No: | *******4630 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,133.58 | | 10,133.58 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.25 | 10,127.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.45 | 10,120.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.24 | 10,114.64 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.44 | 10,108.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.03 | 10,093.17 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 10,079.62 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 8.41 | 10,071.21 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.99 | 10,056.22 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 10,041.75 |
| 08/09/13 | 010002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,765.90 | 8,275.85 |
| 08/09/13 | 010003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Claim 18, Payment 86.92855% | | | 8,275.85 | 0.00 |
| | | | Fees        8,253.87 | 3110-000 | | | |
| | | | Expenses       21.98 | 3120-000 | | | |

Page Subtotals    10,133.58    10,133.58

Ver: 17.02c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-52070 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7878 Checking Account |
| Taxpayer ID No: | *******4630 | | | |
| For Period Ending: | 09/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,133.58 | 10,133.58 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 10,133.58 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,133.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 10,133.58 | |

Page Subtotals           0.00           0.00

Ver: 17.02c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-52070 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, KAMLESH N. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5392  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4630 | | |
| For Period Ending: | 09/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/11/12 | | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | 10,158.75 | | 10,158.75 |
| * 06/11/12 | | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | -10,158.75 | | 0.00 |
| 06/11/12 | 18 | Kamlesh N. Patel<br>1326 Circle Ave.,<br>Forest Park, IL 60130 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 10,158.75 | | 10,158.75 |
| 06/29/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 10,158.79 |
| 07/31/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,158.88 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 13.32 | 10,145.56 |
| 08/30/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,145.64 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 12.06 | 10,133.58 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,133.58 | 0.00 |

Page Subtotals   10,158.96   10,158.96

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-52070 -JPC |
| Case Name: | PATEL, KAMLESH N. |
| Taxpayer ID No: | *******4630 |
| For Period Ending: | 09/11/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5392  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,158.96 | 10,158.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 10,133.58 | |
| | | | Subtotal | | 10,158.96 | 25.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,158.96 | 25.38 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7878 | 0.00 | 10,133.58 | 0.00 |
| Money Market - Interest Bearing - ********5392 | 10,158.96 | 25.38 | 0.00 |
| | 10,158.96 | 10,158.96 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.02c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*